PER CURIAM.

(No. 75-CC-321— ▬▬▬▬▬▬▬

MICHAEL LINZ, Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed December 4, 1974.*

MICHAEL LINZ, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.